IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff(s),

v.

BULK CARRIER SERVICES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Stipulated Joint Motion to Modify Scheduling Order [Docket No. **13,** Filed March 11, 2010] is **GRANTED.** The Scheduling Order (DN 10) is modified accordingly. Parties shall designate experts on or before May 17, 2010 and parties shall designate rebuttal experts on or before June 17, 2010. Discovery cut-off deadline is extended to and including June 29, 2010.

Date: March 12, 2010