IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff(s),

v.

BULK CARRIER SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the parties' Second Stipulated Joint Motion to Modify Scheduling Order [Docket No. **17,** Filed April 16, 2010] is **granted.**

It is further ORDERED the Scheduling Order [DN 10] is amended as follows: The parties shall designate all experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R.Civ.P. 26(a)(2) on or before June 17, 2010. The parties shall designate all rebuttal experts and provide opposing counsel and any *pro se* party with all information specified in Fed. R.Civ.P. 26(a)(2) on or before July 17, 2010. The discovery cut-off deadline is extended to and including July 29, 2010.

Date: April 20, 2010