IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff(s),

v.

BULK CARRIER SERVICES, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Third Unopposed Motion to Modify Scheduling Order (docket no. 21) is GRANTED finding good cause shown. The deadline to designate experts is extended to July 17, 2010. The deadline to designate rebuttal experts is extended to August 17, 2010. The deadline to complete discovery is extended to August 29, 2010. The Rule 16 Scheduling Order is amended consistent with this minute order.

Date: June 18, 2010