IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff(s),

v.

BULK CARRIER SERVICES, INC.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Fourth Unopposed Motion to Modify
Scheduling Order (docket no. 31) is GRANTED finding the good cause shown.  The
deadline to file dispositive motions is extended to September 13, 2010.  The Rule 16
Scheduling Order is amended consistent with this minute order.

It is FURTHER ORDERED that Defendant's Unopposed Motion to Reschedule
Pretrial Conference (docket no. 32) is GRANTED finding good cause shown.  The Final
Pretrial Conference set on August 30, 2010, at 8:30 a.m. is VACATED.  The Final
Pretrial Conference reset to November 4, 2010, at 9:30 a.m., in Courtroom A-502,
Alfred A. Arraj United States District Court, 901 19th Street, Denver, CO 80294.   The
parties shall file their proposed Final Pretrial Order with the court five (5) days prior to
the Final Pretrial Conference.

Date:   August 19, 2010