UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 09CV01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation;

Plaintiff,

v.

BULK CARRIER SERVICES, INC., a Nevada corporation,

Defendant.

---

**ORDER RE: PLAINTIFF'S MOTION FOR STAY OF ORDER REGARDING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [FED. R. CIV. P. 26(C)(1)(A)]** (Docket No 43)

---

The Court, having examined the file herein and being fully advised in the premises, does hereby grant Plaintiff's Motion for Stay of Order Regarding Plaintiff's Motion for Protective Order [Fed. R. Civ. P. 26(c)(1)(A)] as good cause has been shown to stay said Order. (*)

Further Orders shall enter after a ruling on Plaintiff's Objection to and Request for Modification and Setting Aside of a Portion of Magistrate Judge's Order Regarding Plaintiff's Motion for Protective Order [Fed. R. Civ. P. 26(c)(1)(A)] (Docket No. 39) and Request for Review by District Court Judge Pursuant to Fed. R. Civ. P. 72(a).

Done this 5th day of October, 2010.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge

(*) Accordingly, the subject Motion (D.N. 43) is Granted. The Order Regarding Plaintiff's Motion For Protective Order (Fed R. Civ P. 26(c)(1)(A) (Docket No. 39) is STAYED until Further Order of Court

1