IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY,

Plaintiff,

v.

BULK CARRIER SERVICES, INC.,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Defendant's Stipulated Motions to Extend Discovery Cut-Off Deadline to Take Final Deposition (Docket Nos. 67 and 69) are granted, and the discovery deadline is extended up to and including January 6, 2011, for the limited purpose of taking the deposition of Judith Borel.

Date:   January 5, 2011