IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

  Plaintiff,

v.

BULK CARRIER SERVICES, a Nevada corporation,

  Defendant.
_____

ORDER
_____

  As further set forth on the record at the hearing held on January 25, 2011, IT IS HEREBY ORDERED as follows:

  1. I GRANT the Motion *In Limine* [**Doc # 48**] filed by Plaintiff, Zurich American Insurance Company, seeking exclusion of trial testimony of John W. Moore, an expert proffered by Defendant, Bulk Carrier Services;

  2. I DENY AS MOOT Defendant's Motion *In Limine* Regarding Evidence of Insurance [**Doc # 72**];

  3. On or before **February 4, 2011**, in preparation for the Final Pretrial Conference, the parties SHALL FILE with the Court:

  A. One combined set of proposed substantive jury instructions (including comparative fault instructions, definitions, statement of the case, damage and verdict forms) with Plaintiff's disputed language designated in all capital letters, and Defendant's disputed language in brackets.  These proposed jury instructions, with their supporting authority citations, will be submitted in hard copy form and provided to chambers in WordPerfect 13 format;

   B.  One combined exhibit list, following an exhibit conference by the parties, indicating all stipulations as to admissibility and authenticity, as well as citation to the applicable rule of exclusion for disputed exhibits;

   C. Individual witness lists; and

   D. Individual proposed *voir dire* questions.

   4.  Defendant's Motion *In Limine* Regarding Prior Incidents Involving Bulk Carrier Services Inc. [Doc # 73] and Defendant's Motion *In Limine* Regarding Disciplinary Letter to Jeff Kuenzi [Doc # 74] will both be heard by the Court at the Final Pretrial Conference scheduled for Friday, February 11, 2011 at 9:00 am.

Dated: January   26  , 2011 in Denver, Colorado.

                                        BY THE COURT:


                                           s/Lewis T. Babcock
                                        LEWIS T. BABCOCK, JUDGE