FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 09-cv-01960-LTB-MJW

ZURICH AMERICAN INSURANCE COMPANY, a New York corporation,

        Plaintiff,

v.

BULK CARRIER SERVICES, a Nevada corporation,

        Defendant.
_____

ORDER
_____

As further set forth on the record at the hearing held on February 11, 2011, IT IS

HEREBY ORDERED that a further pretrial conference is set for **Monday, February 28, 2011**

**at 9:00 am.** In preparation for that hearing the parties SHALL:

    1. Discuss the issue of damages and attempt to stipulate as to an amount;

    2. File with the Court updated witness lists indicating the amount of time anticipated for each witness' testimony; and

    3. File with the Court ne combined updated exhibit list indicating all stipulations as to admissibility and authenticity, as well as citation to the applicable rule of exclusion for disputed exhibits.

Dated: February   11  , 2011 in Denver, Colorado.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                    LEWIS T. BABCOCK, JUDGE