IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen<br>Court Reporter:    Gwen Daniel | Date:  February 11. 2011 |

_____

| | |
|---|---|
| Civil Case No.   09-cv-01960-LTB-MJW | Counsel: |
| ZURICH AMERICAN INSURANCE<br>COMPANY, a New York Corporation, | Brad W. Breslau |
| Plaintiff,<br>v. | |
| BULK CARRIER SERVICES, INC., a<br>Nevada Corporation, | Benton J. Barton<br>Leslie E. Miller<br>Christopher A. Mattison |
| Defendant. | |

_____

COURTROOM MINUTES
_____

HEARING - STATUS/SCHEDULING

09:00  am.     Court in Session

Appearances

Courts' comments

There are two motions in limine pending: a Motion in Limine regarding Prior Incidents Involving Bull Carrier Services, Inc. and a Motion in Limine regarding Disciplinary Letter to Jeff Kuenzi

09:03  Argument (by Ms. Miller)

09:06  Argument (by Mr. Breslau)

1

**ORDERED:   The Motion in Limine regarding Disciplinary Letter to Jeff Kuenzi (Doc No. 74) is GRANTED pursuant to Fed. R. Evid 407, but RULING IS RESERVED with regard to any admissibility for impeachment purposes.**

**The Motion in Limine regarding Prior Incidents Involving Bulk Carrier Services, Inc.  (Doc No. 73) is GRANTED under the provisions of 404(b), but RULING IS RESERVED as to admissibility for any impeachment purposes.**

The Court will enter a written order setting forth its conclusions.

**ORDERED:   A further final trial preparation conference is set Monday, February 28, 2011 at 9:00 a.m.  Counsel shall submit for this conference:**
   1)   Updated witness lists, with a short precipe, and the amount of time anticipated for testimony.
   2)   Updated exhibit lists, including stipulations, or at least stipulate as to authenticity.  If there is an objection, the rule of exclusion relied upon should be cited.
   3)   Voir Dire questions
   4)   Determine stipulated damages.

Court's comments re trial

The trial will be to a jury of nine.

Trial days will be from 9:00 a.m. to noon, a 20 minute morning recess, an hour noon recess, a mid-afternoon recess and conclude about 4:00.

09:42 a.m.   Court in Recess
             Hearing concluded
             Time: /42